# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CURSHAWN BANKS | CRIMINAL ACTION<br>NO. 19-431-3 |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CURSHAWN BANKS, | CRIMINAL ACTION<br>NO. 18-579-1 |

## ORDER

**AND NOW**, this 4th day of March 2024, upon consideration of Curshawn Banks's Motion for Reduction in Sentence and Appointment of Counsel (18-579-1: ECF No. 533; 19-431-3: ECF No. 141) and the Government's Response (18-579-1: ECF No. 534; 19-431-3: ECF No. 142), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.